IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT - 3 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| WILBERT BANKS,<br>　　Plaintiff, | |
| v. | Civil Action No. 7:07CV00456 |
| | ORDER |
| GREEN ROCK CORRECTIONAL<br>CENTER MEDICAL DEPT., et al.,<br>　　Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). Accordingly, this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 3rd day of October, 2007.

　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　Senior United States District Judge